IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

2009 NOV 17 P 4: 19

CLERK...
ALEXANDRIA, VIRGINIA

EBNER INDUSTRIEOFENBAU ) 
GESELLSCHAFT m.b.H., an Austrian )
company, ) Civil Action No. 1:09CV1290
) (AJT/TRJ)
Plaintiff, )
)
vs. )
)
H2GEN INNOVATIONS, INC., a Virginia )
corporation, )
)
Defendant. )
)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiff's Emergency Motion For Temporary Restraining Order And Preliminary Injunction, filed on November 17, 2009, will be held on Wednesday, November 18, 2009, at 2:00 P.M., in the Courtroom of the Honorable Judge assigned to this case.

November 17, 2009

COVINGTON & BURLING LLP

By: _____
Benjamin J. Razi
Hope Hamilton (Va. Bar No. 65521)
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 662-6000
Fax: (202) 778-5529
Email: brazi@cov.com
       hhamilton@cov.com

*Attorneys for Plaintiff*

OF COUNSEL:
D. Peter Valiotis
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
Tel: (313) 965-8300

## CERTIFICATE OF SERVICE

I certify that on November 17, 2009, a true and correct copy of the foregoing was served upon:

        H2Gen Innovations, Inc.
        ATTN: Resident Agent Michael J. Discenza, Jr.
        4740 Eisenhower Avenue
        Alexandria, Virginia 22304

        *Registered agent of H2Gen Innovations, Inc.*

        **BY HAND DELIVERY**

and

        Janet Meiburger
        1493 Chain Bridge Road, Suite 201
        McLean, Virginia 22101
        Fax: 703-556-8609
        Email: janetm@meiburgerlaw.com

        *Attorney for H2Gen Innovations, Inc.*

**BY FIRST CLASS MAIL, FAX, AND EMAIL**

By: _____
        Hope Hamilton (Va. Bar No. 65521)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Tel: (202) 662-6000
        Fax: (202) 778-5529
        Email: hhamilton@cov.com

        *Attorneys for Plaintiff*